# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 17-80511 | Trustee Name: | James B. Angell - Middle Distr |
| --- | --- | --- | --- |
| Case Name: | DUNCAN, JOHN PATRICK | Date Filed (f) or Converted (c): | 06/30/2017 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 07/28/2017 |
| | | Claims Bar Date: | 11/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

### Ref. #

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Single-family home 618 E. Raleigh Street Siler City, NC - 27344-0000 Chatham County | $93,000.00 | Unknown | | $0.00 | FA | $70,000.00 | $23,000.00 |
| 2 | 2015 Ford Mustang Convertible Mileage: 39,000 Wrecked/Repaired Vehicle | $18,000.00 | $0.00 | | $0.00 | FA | $18,471.00 | $0.00 |

Asset Notes:   Lien Holder: Whitney bank

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 2008 Chrysler Sebring Convertible Mileage: 109,000 | $2,500.00 | $0.00 | | $0.00 | FA | $0.00 | $2,500.00 |
| 4 | Furniture, appliances, etc. | $1,000.00 | $0.00 | | $0.00 | FA | $0.00 | $1,000.00 |
| 5 | Furniture | $1,500.00 | $0.00 | | $0.00 | FA | $0.00 | $1,500.00 |
| 6 | Computer, TV | $500.00 | $0.00 | | $0.00 | FA | $0.00 | $500.00 |
| 7 | Clothing/Personal Items | $750.00 | $0.00 | | $0.00 | FA | $0.00 | $750.00 |
| 8 | 1/6 Interest in Duncan Family Trust - $170,000 | $170,000.00 | Unknown | | $0.00 | FA | $0.00 | $0.00 |
| 9 | Damage claim to car and loss of property | $50,000.00 | Unknown | | $0.00 | FA | $0.00 | $0.00 |
| 10 | Claim for access to lifetime rights to gym and damage claim to reputation | $50,000.00 | Unknown | | $0.00 | FA | $0.00 | $0.00 |
| 11 | Lawsuit - Louisiana Department of Transportation - loss of road access due to construction | $100,000.00 | Unknown | | $0.00 | FA | $0.00 | $0.00 |
| 12 | Claims against Tim Bradley and Big Night, LLC for personal property seized from Mirror to Mirror lease | $50,000.00 | Unknown | | $0.00 | FA | $0.00 | $0.00 |
| 13 | Settlement Agreement - 18-09013 v. Duncan et al (u) | $0.00 | $86,377.87 | | $86,377.87 | FA | $0.00 | $0.00 |
| | TOTALS (Excluding unknown value) | $537,250.00 | $86,377.87 | | $86,377.87 | $0.00 | $88,471.00 | $29,250.00 |

**Major Activities affecting case closing:**

03/31/2019   MAJOR ACTIVITY - THE TRUSTEE IS AWAITING THE EXTENDED PROOF OF CLAIM DEADLINE TO RUN IN ORDER TO CLOSE CASE.

SEVENTH INTERIM REPORT

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 17-80511 | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|
| Case Name: | DUNCAN, JOHN PATRICK | Date Filed (f) or Converted (c): | 06/30/2017 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 07/28/2017 |
| | | Claims Bar Date: | 11/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exemption Amount** |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2018 | /s/ JAMES B. ANGELL |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2019 | JAMES B. ANGELL |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-80511 | | **Trustee Name:** | James B. Angell - Middle Distric |
| **Case Name:** | DUNCAN, JOHN PATRICK | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***9433 | | **Checking Acct #:** | ******0511 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 01/01/2016 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 03/31/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/15/2018 | (13) | SUMMIT CREDIT UNION | Payment pursuant to settlement agreement | 1249-000 | $41,385.20 | | $41,385.20 |
| 10/15/2018 | (13) | BANK OF AMERICA | Payment pursuant to settlement agreement | 1249-000 | $44,992.67 | | $86,377.87 |
| 03/20/2019 | 3001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $106.09 | $86,271.78 |
| 03/25/2019 | 3001 | VOID: International Sureties, LTD. | Incorrect bond amount. Reissue check #3002 | 2300-003 | | ($106.09) | $86,377.87 |
| 03/25/2019 | 3002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $101.51 | $86,276.36 |
| | | **TOTALS:** | | | $86,377.87 | $101.51 | $86,276.36 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $86,377.87 | $101.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | | $86,377.87 | $101.51 | |

| For the period of 01/01/2016 to 03/31/2019 | | For the entire history of the account between 10/15/2018 to 3/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $86,377.87 | Total Compensable Receipts: | $86,377.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,377.87 | Total Comp/Non Comp Receipts: | $86,377.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $101.51 | Total Compensable Disbursements: | $101.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $101.51 | Total Comp/Non Comp Disbursement | $101.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Page No: 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 17-80511 | |
| **Case Name:** | DUNCAN, JOHN PATRICK | |
| **Primary Taxpayer ID #:** | **-***9433 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 01/01/2016 | |
| **For Period Ending:** | 03/31/2019 | |

| | |
|---|---|
| **Trustee Name:** | James B. Angell - Middle Distric |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0511 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $86,377.87 | $101.51 | $86,276.36 |

**For the period of 01/01/2016 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $86,377.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,377.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $101.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $101.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/15/2018 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $86,377.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,377.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $101.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $101.51 |
| Total Internal/Transfer Disbursements: | $0.00 |